IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | Criminal No. - CCB-97-098 |
| v. | * | Civil No. - CCB-16-2553 |
| | * | |
| WALTER HOLLINS | * | |

******

MEMORANDUM

Walter Hollins filed correspondence on July 12, 2016, which was docketed as a motion under 28 U.S.C. § 2255 challenging his sentence imposed under the career offender guidelines. The motion will be denied for three reasons.

First, Hollins has not obtained authorization from the Fourth Circuit to file this second or successive motion.

Second, the motion is untimely.

Third, the Supreme Court has declined to extend *Johnson v. United States*, 135 S. Ct. 2551 (2015) to the advisory guidelines. *See Beckles v. United States*, 137 S. Ct. 886 (2017).

Accordingly, no certificate of appealability will be issued, and the motion will be denied. A separate order follows.

Date: 3/14/18

Catherine C. Blake
United States District Judge